STATE of Missouri, Respondent,

v.

Arthur ANDERSON, Appellant.

No. WD 60485.

Missouri Court of Appeals, Western District.

Sept. 3, 2002.

Sarah W. Patel, Asst. Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, Missouri, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, THOMAS H. NEWTON, Judge and LISA WHITE HARDWICK, Judge.

## ORDER

PER CURIAM.

Arthur L. Anderson appeals from his conviction of one count of robbery in the second degree, § 569.030, RSMo 2000, in the Circuit Court of Jackson County. Appellant was sentenced as a prior and persistent offender to thirteen years in the Missouri Department of Corrections. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).